# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sontchi, Christopher S. | Delaware - Bankruptcy Court | 7/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

824 Market Street
5th Floor
Wilmington, Delaware 19899

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | The University of Chicago School of Law; adjunct professor; Spring quarter | $4,000.00 |
| 2. 2011 | Widener University Law School, adjunct professor; Fall semester | $11,250.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed physician |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute: Duberstein Moot Court competition | 3/7/2011-3/7/2011 | Brooklyn, New York | Judge for moot court competition | Meals, lodging, tuition, travel |
| 2. | American Bankruptcy Institute: Annual Meeting | 4/1/2011-4/1/2011 | National Harbor, Maryland | Panel member for seminar | Meals, lodging, tuition, travel |
| 3. | University of Chicago | 4/14/2011-4/15/2011 | Chicago, Illinois | Panel member for seminar | Meals, lodging, tuition, travel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Education Finance | Education Loan | K |
| 2. | American Education Services | Education Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wilmington Trust Company | A | Interest | L | T | | | | | |
| 2. DEXSTA Federal Credit Union | A | Interest | J | T | | | | | |
| 3. Delaware Federl Credut Union | A | Int./Div. | J | T | | | | | |
| 4. Brokerage Account #1 | | None | J | T | | | | | |
| 5. 529 Plan #1 | | | | | | | | | |
| 6. - John Hancock, Freedom 529 College 2013-2016 | | None | L | T | | | | | |
| 7. 529 Plan #2 | | | | | | | | | |
| 8. - John Hancock, Freedom 529 College 2017-2020 | | None | L | T | | | | | |
| 9. IRA #1 | | None | N | T | Sold (part) | 05/25/11 | K | | |
| 10. - Raymond James Bank | | None | J | T | | | | | |
| 11. - American Funds, Europacific Growth Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 12. - Baron Funds, Baron Growth Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 13. - The Hartford, Hartford Midcap Fund | | None | | | Sold | 05/25/11 | J | | |
| 14. - Neuberger Berman, Genesis Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 15. - Columbia Mgmt., Columbia Marsico Focused Equities Fund | | None | K | T | Sold (part) | 05/25/11 | J | | |
| 16. - Davis Funds, Davis New York Venture Fund | | None | | | Sold (part) | 05/25/11 | J | | |
| 17. | | None | | | Sold | 06/20/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - PIMCO, PIMCO Commodity Real Return Strategy | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 19. | | None | | | Sold (part) | 09/26/11 | J | | |
| 20. PIMCO, PIMCO Total Return Strategy Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 21. - T. Rowe Price, International Bond Fund | | None | | | Sold (part) | 05/25/11 | J | | |
| 22. | | None | | | Sold | 09/26/11 | J | | |
| 23. - Thornburg Investments, Thornburg Value Fund | | None | | | Sold (part) | 05/25/11 | J | | |
| 24. | | None | | | Sold | 11/07/11 | J | | |
| 25. - Harbor Funds, International Growth Fund | | None | | | Sold (part) | 05/25/11 | J | | |
| 26. | | None | | | Sold | 09/26/11 | J | | |
| 27. - Rreef, Rreef Global Real Estate Securities Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 28. | | None | | | Sold (part) | 09/26/11 | J | | |
| 29. - Wells Fargo Advantage Funds, International Value Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 30. - MFS Research Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 31. - Eaton Vance Large Cap Value Fund | | None | K | T | Sold (part) | 05/25/11 | J | | |
| 32. - JP Morgan Core Bond Fund | | None | K | T | Sold (part) | 05/25/11 | J | | |
| 33. - Aston/River Road Small Cap Value Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 34. - Perkins Mid Cap Value Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Columbia Acorn International Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 36. - Munder International Small Mid Cap Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 37. - Prudential High Yield Fund | | None | J | T | Sold (part) | 05/25/11 | J | | |
| 38. - Prudential Jennison Mid Cap Growth Fund | | None | J | T | Buy | 05/26/11 | J | | |
| 39. - JP Morgan U.S. Large Cap Core Plus Fund | | None | J | T | Buy | 06/22/11 | J | | |
| 40. - RS Int'l Growth Fund | | None | J | T | Buy | 09/26/11 | J | | |
| 41. - ASG Global Alternative Fund | | None | J | T | Buy | 09/26/11 | J | | |
| 42. - Manning & Napier Equity Series Fund | | None | J | T | Buy | 11/09/11 | J | | |
| 43. IRA #2 | | | | | | | | | |
| 44. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | | None | J | T | | | | | |
| 45. - Raymond James Bank | | None | J | T | | | | | |
| 46. IRA #3 | | | | | | | | | |
| 47. - Raymond James Bank | | None | J | T | | | | | |
| 48. - American Funds, Europacific Growth Fund mutual fund | | None | J | T | | | | | |
| 49. - Baron Funds, Baron Growth Fund | | None | J | T | | | | | |
| 50. - The Hartford, Hartford Midcap Fund | | None | | | Sold | 05/23/11 | J | | |
| 51. - Neuberger Berman, Genesis Fund | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Columbia Mgmt., Columbia Marsico Focused Equities Fund | | None | J | T | | | | | |
| 53.  - Davis Funds, Davis New York Venture Fund | | None | | | Sold | 06/20/11 | J | | |
| 54.  - PIMCO, PIMCO Commodity Real Return Strategy | | None | J | T | Sold (part) | 09/26/11 | J | | |
| 55.  PIMCO, PIMCO Total Return Strategy Fund | | None | J | T | | | | | |
| 56.  - T. Rowe Price, International Bond Fund | | None | | | Sold | 09/26/11 | J | | |
| 57.  - Thornburg Investments, Thornburg Value Fund | | None | | | Sold | 11/07/11 | J | | |
| 58.  - Harbor Funds, International Growth Fund | | None | | | Sold | 09/26/11 | J | | |
| 59.  - Rreef, Rreef Global Real Estate Securities Fund | | None | J | T | Sold (part) | 09/26/11 | J | | |
| 60.  - Wells Fargo Advantage Funds, International Value Fund | | None | J | T | | | | | |
| 61.  - MFS Research Fund | | None | J | T | | | | | |
| 62.  - Eaton Vance Large Cap Value Fund | | None | J | T | Buy (add'l) | 01/28/11 | J | | |
| 63.  - JP Morgan Core Bond Fund | | None | J | T | | | | | |
| 64.  - Aston/River Road Small Cap Value Fund | | None | J | T | | | | | |
| 65.  - Perkins Mid Cap Value Fund | | None | J | T | | | | | |
| 66.  - Columbia Acorn International Fund | | None | J | T | | | | | |
| 67.  - Munder International Small Mid Cap Fund | | None | J | T | | | | | |
| 68.  Prudential High Yield Fund | | None | J | T | Sold (part) | 01/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Prudential Jennison Mid Cap Growth Fund | | None | J | T | Buy | 05/23/11 | J | | |
| 70. - JP Morgan U.S. Large Cap Core Plus Fund | | None | J | T | Buy | 06/22/11 | J | | |
| 71. - RS Int'l Growth Fund | | None | J | T | Buy | 09/26/11 | J | | |
| 72. - ASG Global Alternative Fund | | None | J | T | Buy | 09/28/11 | J | | |
| 73. - Manning & Napier Equity Series Fund | | None | J | T | Buy | 11/09/11 | J | | |
| 74. IRA #4 | | | | | | | | | |
| 75. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | | | J | T | | | | | |
| 76. - Raymond James Bank | | | J | T | | | | | |
| 77. 401(k) Plan #2 | | | | | | | | | |
| 78. - Franklin Templeton Inv., Franklin Income Fund | | None | J | T | | | | | |
| 79. - The Hartford, Hartford Capital Appreciation Fund | | None | J | T | | | | | |
| 80. - Henderson International Opportunities Fund | | None | J | T | | | | | |
| 81. - Quaker Funds, Quaker Strategic Growth Fund | | None | J | T | | | | | |
| 82. - Henderson European Focus Fund | | None | J | T | | | | | |
| 83. Nationwide Flexible Prem. Variable Universal Life Policy #1 | | | | | | | | | |
| 84. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |
| 85. Nationwide Flexible Prem. Variable Universal Life Policy #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 4, line 4: The entire balance in this account was withdrawn in 2007. This account remains open but had a balance of $0.00 throughout the reporting period.

2) Part VII, page 4, line 9. On May, 25, 2011, an early withdrawl of $37,500 was made form IRA #1. The details of the sales of funds necessary to accomplish the withdrawl are set forth in lines 11-16, 18, 20-21, 23, 25, 27, and 29-37.

3) Part VII, page 5, lines 13-14 (2010 report). The entire balance of Goldman Sachs, GS High Yield Bond Fund was sold on September 30, 2010. Thus, it does not appear on the 2011 report.

4) Part VII, page 4, line 13. The entire balance of The Hartford, Hartford Midcap Fund was sold on May 23, 2011

7) Part VII, page 4, lines 16-17. The entire balance of Davis Funds, Davis New York Venture Fund was sold on June 20, 2011.

4) Part VII, page 5, line 20. The 2010 report erroneously reported that the entire balance of PIMCO, PIMCO Total Return Strategy Fund was sold on March 23, 2010 (page 6, line 20 of 2010 report). That transaction was a partial sale. Thus, the fund is included in this report.

8) Part VII, page 5, lines 21-22. The entire balance of T. Rowe Price, International Bond Fund was sold on September 26, 2011.

9) Part VII, page 5, lines 23-24. The entire balance of Thornburg Investments, Thornburg Value Fund was sold on November 7, 2011.

10) Part VII, page 5, lines 25-26. The entire balance of Harbor Funds, International Growth Fund was sold on September 26, 2011.

5) Part VII, page 6, lines 26-27 (2010 report). The entire balance of Laudus Rosenberg Internantional Discovery Fund was sold on May 25, 2010. Thus, it does not appear on the 2011 report.

11) Part VII, page 7, lines 43-44 (2010 report). The entire balance of Goldman Sachs, GS High Yield Bond Fund was sold on September 30, 2010. Thus, it does not appear on the 2011 report.

14) Part VII, page 6, line 50. The entire balance of The Hartford, Hartford Midcap Fund was sold on May 23, 2011

15) Part VII, page 7, lines 53. The entire balance of Davis Funds, Davis New York Venture Fund was sold on June 20, 2011.

12) Part VII, page 7, line 55. The 2010 report erroneously reported that the entire balance of PIMCO, PIMCO Total Return Strategy Fund was sold on March 23, 2010 (page 7, line 50 of 2010 report). That transaction was a partial sale. Thus, the fund is included in this report.

13) Part VII, page 8, lines 56-57 (2010 report). The entire balance of Laudus Rosenberg Internantional Discovery Fund was sold on May 25, 2010. Thus, it does not appear on the 2011 report.

16) Part VII, page 7, line 56. The entire balance of T. Rowe Price, International Bond Fund was sold on September 26, 2011.

17) Part VII, page 7, line 57. The entire balance of Thornburg Investments, Thornburg Value Fund was sold on November 7, 2011.

18) Part VII, page 7, lines 58. The entire balance of Harbor Funds, International Growth Fund was sold on September 26, 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher S. Sontchi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544